Frank Brett
    vs plaintiff
#1. Richard Simon
#2. Brian Jones
        Defendants

United States District Court
Trenton District of New Jersey

Pg. 1 of 4

Civil Action No. _____

**RECEIVED**
AUG 09 2011
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

Frank Brett - CFB  P.O. Box 2511
    Plaintiff      Philadelphia, Pa. 19147

Defendant #1. Richard Simon - 216 Highway 18 E, Brunswick, NJ, 08816
          #2. Brian Jones - Address Unknown - (Pennsylvania)

## Jurisdiction

#1. I have been followed in the State of New Jersey by Cheryl Brett's 3rd party friends Brian Jones and attorney Richard Simon an Immigration attorney from E. Brunswick, NJ. This occured on Thursday 8/4/11 in Woodbridge NJ. and Rahway, NJ. They used a religious unknown entity to follow me and harass me. I have been hit by cars 9 times and was hit by a car on Sunday 8/8/11. I received minor injuries on 8/8/11. The incidents started in Phila, Pennsylvania but mostly occured in the State of New Jersey. This is interstate racketeering to silence my testimony as Cheryl Brett and her friend Brian Jones against Social Security fraud by Cheryl Brett and her brother Robert Loutf,

## Cause of the Action.

Brian Jones has slandered me by calling me gay and dying of aids. He has done the same thing that attorney Richard Simon has done and they both are calling me a paranoid shitzophrenic. They are both in my logistics on the following pages. Cheryl Brett has been in with Monsignor Murray and Tom Sullivan since 1992 to harass me and to keep me down from testifying of the Annunciation Catholic Church in Havertown, Pa. and Priest John Sullivan against Joe Sullivan and John Sullivan for slander and Joe Sullivan and Mike Smith who 3rd degree raped Kathy Keating. They also covered up the rape of Sue Bodkins by a Philadelphia Detective a friend of State Police officer from Avondale Pa. Al DiJacomo by 3rd party when he was a Philadelphia Detective. I told Cheryl Brett these stories in 12/99 and she told John Sullivan and Jim Lyons. Jim Lyons and his cousin from Germantown lost their jobs because of this for 1 year. Brian Jones is a good friend of Cheryl Brett him and his sister Cheryl Jones have slandered me through the Healthcare fields and Independence Blue Cross East in Pa. and Comcast Cable of Phila, Pa. Al DiJacomo moved from Philadelphia to Avondale in June 1999 one month after we moved out there. He also was in with Monsignor Murray to bug home Frank Brett

I request 1 Million Dollars from each Defendant.
For Slander.

Frank Brett
P.O. Box 2511
Philadelphia, Pa 19147

Rahway NJ
Thursday 8/4/11

(Attorney Solomon - Immigration Attorney!)

Pg 2 of 4

11:30 AM

(NJ) YYF-85G - Honda
(NY) FCI-4329
Pittman
Jon Mark
Steiner Brothers
  Baby Truck
  Marsh
  New Vision Construction
(P) W70 ASR
  FCI Truck
(NJ) D14-AGI
(NJ) HJX-83E
  Triple Crown Theft
(NJ) V22 AMR
  Allstate Power Vac
(NJ) USG-41A
(NJ) YBX-75H
  MTF
★ Solomon Truck

(NY) EWS-4231
(NJ) UY-512R
(NJ) X10 AUF
  FC Professional
  US DOT
  Fed Ex

Sweet Truck
J. Cipag

White Man

(NJ) YYV-80A
(G) Zep 474
  Penske

  CBS
  Troubano
  ABS
  Ryder
(NJ) SUW-19M
(B) ZLA-83T  + (Govt = Suv)
  Romeo
  Stolt
(NJ) ZWA 62D
  Specialty Produce
  D+L
  Denya
(NJ) ZMC 80H
  Joy Foods
  Bartlestone
  Anchor
  Fox Truck
  ZFB
  Linden
  MSC Truck
  Cheetah
(NJ) YMP-87A
  Fed Ex
  PLM
  HSD-3942
  Goodwill
  Saharn
(NJ) Muu-526

Thirty Sat only
(NJ) Z35-AFK
  Jericho
  Mohler Flooring
(NJ) YJS-90J
  RSG
  Cat
  MC World
  Central PaG
  Jersey Gasoline

(NJ) T67-ATN -  (NJ) Grand9   McDonald
Massy  576-LH9                Rahway ★
(NJ) FAM-20A
  Mid Atlantic - Linden Ave - Linden NJ
(PA) HMS/235 - Black SUV - White Italian woman
(Winfield NJ) Ram Truck -
  Norwood (NJ) XP-752J
(NJ) PGS-36V - Savana Van - 2 Latin Padres
Honda (NJ) LWS-90H - Hillside - Rt, ★
(NJ) ZVP-GOU
(NJ) YXD-115
  8230114 - US Mail
(NJ) WYW-56H
  Rent A Fence -
  + UCL-NJ  FFD-9YG  ★
(NJ) IIIC - Crystal

8/4/11

Pg. 3 of 4

12:30 pm
RT 1
South

United Fuel
Rucker
United Vending
 Scarsdino
(NJ) Zel 68E
NJ, Gas-Tanker
Toll Carting
★ (NJ) BTF 3419
(PA) GZN-0200
  Weldon Concrete
(NJ) ZFF-83M
  Smith + Solomon
(PA) YYZ-3447
(PA) PZP-3973
  Linden Tankers
(NJ) SXP-55D
  PSE+G
Jim Smith
★★ (NJ) RLD-112 - Murano
  Smith + Solomon
  Gulf Gas
  Weldon
(NJ) YLG-117
(NJ) ZCH-45H

ACT
RCZ-86Y
Snapple
 Michelle's Trash
(NJ) 587 App
(NJ) BZG-1750
(NJ) WRA 19C - Honda ★
RT 1
South

RT 1
North
12:45 pm
(NJ) FWS-5056
  Penske
(NJ) B66-AEJ
  Budget
(NJ) Yet 49D
(NJ) L77 ADB - Jeep Liberty
 Sav Con Recycling

Weldon Concrete
Viquola
(NJ) Few-755
  Wizard
(NJ) SCV 913
  PJax
(NJ) USS 495
(NJ) 4MY-976
  PAM
(NJ) E51 AVL
  Linden
(NJ) JRC-688
  TFB Truck
  Z$H
  US DOT
  Old Dominion
  Budget
  Chorus
(NJ) VCC93M
(NJ) 6A-956J
  Penns
  Ciccarello Brothers
(NJ) D23-ADB

Shindu
Perri Plumbing
(NJ) DJL-42
#30 Breza School Bus
(NJ) ZYL-67D
(NJ) 1F-ES-Firefighter
  PJax
(NJ) ZFM-56M
  5707
  Jersey Gas
  Pride-
  Cooper Electric
→ Virginia  XEN-5779
  Bollitos Transport  ★ Linda Bollitas
  224 8-Tanker
  651 Truck
(NJ) DM67606

  Evergreen Truck ★★
  Louis Malvin
(NJ) ZRJ-225
  Alliance
  PSEG   X 2287
  Damin Logistics
  Herman
  U-Mag
  Auto Service
(NJ) FFP 8897

RT 1 / North
12:30 pm

Woodbridge NJ
Thursday 8/4/11

Brian Jones Logistics
(Cheryl Brett + Cheryly Jones Friend)

Pg. 4 of 4

★ 10:30 AM   Brian Jones Truck ★
U.S. DOT
Paul Tree
(NJ) PWY-76D
② Gary + Grey Trucks
SJ Home Improvement
Black Carey Limo
(NJ) VXW-19H
Able Ambulance
(NJ) HZG-18B
CLI Truck
(NJ) L38-ATV
(NJ) TBA-A31

Skylads
UASC
FJ Tire
Mohawk H

RT/Morris
11/10 AM

711 Leesville Ave

(NJ) J82 AND- when I saw
NJ Dept of Corrections Officer Last Year
(NJ) ZRR-24J   India woman
(NJ) WSC-93Q PXJ-5135 - Brunswick car
(NJ) ZU2-S7G
(NJ) N63-AYP - White Man
★★ Dept.

White woman 11:00 AM
(NJ) PWT-74P
(NJ) XF89RG - White Tower
(NJ) DGL2
(NJ) M39-ACX
HCR
SIS Barro Towing
TC Truck
Into Towing
(NJ) STF 81H
Eagle Ex
ZWOCY
Chamberlain
PJ Hennedy Teadry
(NJ) ZCT-456
② Verizon Linder
UPS Truck
Comcast
Cotee
Henkels + McCoy
Mavs DOT
The Ideal Supply
Atlantic Trucy
Fleet Car
Petro Fuels
(NJ) ZTY-60C
Jim Bernard
(NJ) AXH-7556
HEA
BaBHO
Spruce

RJ/Sandy 11:10 AM

Original woman (NJ) YHR-20C
Central Jersey
Checker Cab
(NJ) YJG-G12
Worldwide
Amtrak

★ Isuzu - Jimmy's Truck
Verizon
E-Express
Tripar
Castle Moovers
T6L
(NJ) 7023
Mahout Pontiac
Dream
Horizon Logistics
Ryder
(NJ) ZDE-76K
② Circle of Life Vans
COX Transport
(NJ) A2J-AYG
(NJ) NLF 81B - Black woman
ABF
(NJ) ZES 95N
Garden State Freezer
Glen Moore
(NJ) PWB-7770
George BSE-5916
Western Express
The Yes Express
Duffy's
Maersk
ABF

RT/Sandy

★